**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**COMBAT ZONE CORP.**                                                           **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 2:12CV142-M-A**

**JOHN/JANE DOES 1-2**                                     **DEFENDANTS**

**ORDER APPOINTING ATTORNEYS AD LITEM FOR DEFENDANTS**

This Order addresses in part plaintiff Combat Zone Corp.'s motion for leave to take discovery prior to the Rule 26(f) conference (the "Discovery Motion"). Docket #3. The Court finds that the Discovery Motion concerns matters that could materially affect the defendant John/Jane Does 1-2's interests. But, because the defendants' identities have yet to be ascertained, the Does cannot represent their interests before this Court.

Accordingly, the Court appoints the individual listed in Exhibit A to this Order to serve as attorney ad litem, without compensation, for the defendant John/Jane Does 1-2. This appointment will terminate upon disposition of the Discovery Motion. The Defendants shall file their response to the Discovery Motion no later than September 28, 2012.

This, the 30th day of August, 2012.

                                                           /s/ S. Allan Alexander
                                                           UNITED STATES MAGISTRATE JUDGE

**Exhibit A**

Paul A. Chiniche
CHINICHE LAW FIRM, PLLC
P.O. Box 1202
Oxford, Mississippi 38655
phone: 662-234-4319
email: pc@chinichelawfirm.com