IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**COMBAT ZONE CORP.**                                               **PLAINTIFF**

V.                                           **CIVIL ACTION NO. 2:12CV142-M-A**

**JOHN/JANE DOES 1-2**                                     **DEFENDANTS**

### ORDER

This Order addresses matters related to Combat Zone Corp.'s motion for leave to take discovery prior to Rule 26(f) conference (the "Discovery Motion"). Docket #3. The Court orders the internet service providers ("ISPs") listed in Exhibit A to this Order to preserve existing activity records for each Internet Protocol ("IP") address listed in Exhibit B to this Order pending resolution of the Discovery motion. The ISPs are required to retain activity records only for the specific date and time logged for each IP address, and then only to the extent necessary to identify each John/Jane Doe defendant's name, address, telephone number, email address, and Media Access Control address. Plaintiff Combat Zone Corp. is directed to serve a copy of this Order on each affected ISP within seven (7) days of the date of this Order. The ISPs have thirty (30) days from the date of this Order to respond to the Discovery Motion, if they desire to do so.

This, the 30th day of August, 2012.

                                                     /s/ S. Allan Alexander
                                                     UNITED STATES MAGISTRATE JUDGE

## Exhibit A

SBC Internet Services
General Counsel
1010 N. St. Mary's St., 14th Floor
San Antonio, TX
(210) 246-8600


MetroCast Cablevision
MetroCast Communications of Mississippi, LLC
Megan Annan, Paralegal, 70 e. Lancaster Avenue,
Frazer, PA 19355
(610) 644-7500

**Exhibit B**

| IP | hash | Country | Region | Date | Time | TimeZone | Relatedtitle | ISP | City | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|
| 108.236.54.118 | 90AED68D8463E8C16B3698BE01E51D299465B44BA | US | Mississippi | 5/17/2012 | 9:05:19 | UTC | Mommy And Me 2 | SBC Internet Services | Southaven | Northern |
| 24.233.211.9 | 90AED68D8463E8C16B3698BE01E51D299465B44BA | US | Mississippi | 6/9/2012 | 6:41:38 | UTC | Mommy And Me 2 | MetroCast Cablevision | Starkville | Northern |

3