IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:12-00142-MPM-SAA |
| JOHN/JANE DOES 1-2, | § § § | |
| *Defendants.* | § § § | |

## NOTICE OF APPEARANCE

TO ALL CONCERNED PARTIES:

Please take notice that Mark F. McIntosh of AT&T Services, Inc. hereby enters an appearance in this case on behalf of SBC Internet Services, Inc. d/b/a AT&T Internet Services. Mr. McIntosh's contact information is as follows:

> Mark F. McIntosh
> Mississippi Bar No. 2646
> AT&T Services, Inc.
> Suite 05C571
> 1025 Lenox Park Blvd NE
> Atlanta, Georgia 30319
> Telephone: (404) 986-1102
> Facsimile: (404) 986-1809
> mm5000@att.com

Please provide Mark F. McIntosh with copies of all correspondence, pleadings or other documents in this case.

        Respectfully submitted:

        /s/ Mark F. McIntosh
        Mark F. McIntosh
        Mississippi Bar No. 2646
        AT&T Services, Inc.
        Suite 05C571
        1025 Lenox Park Blvd NE
        Atlanta, Georgia 30319
        Telephone: (404) 986-1102
        Facsimile: (404) 986-1809
        mm5000@att.com

        Attorney for SBC Internet Services, Inc.
        d/b/a AT&T Internet Services

Of counsel:

Bart W. Huffman
Texas Bar No. 00790930
LOCKE LORD LLP
100 Congress Ave., Suite 300
Austin, Texas 78701
Telephone: (512) 305-4746
Facsimile: (512) 391-4741
bhuffman@lockelord.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically transmitted the attached document to the Clerks' Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*Attorney for Plaintiff, Combat Zone Corp.*

Thomas G. Jacks
CHALKER FLORES LLP
2711 LBJ Freeway, Suite 1036
Dallas, TX 75234
214-866-0001
Email: tjacks@chalkerflores.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

*Attorney for Defendants, John/Jane Does 1-2*

Paul A. Chiniche
CHINICHE LAW FIRM, PLLC
1109 Van Buren Avenue
P.O. Box 1202
Oxford, MS 38655
662-234-4319
Email: pc@chinichelawfirm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

/s/ Mark F. McIntosh
Mark F. McIntosh